# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-1803

_____

QUINNTERIS D BUSSIE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
James C. Hankinson, Judge.

January 22, 2019

PER CURIAM.

In this appeal pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), we affirm the revocation of Appellant's probation and the resulting sentence, but remand for the trial court to enter a corrected written order specifying that the Appellant only admitted violating the conditions of probation as alleged in the affidavit of violation of probation. *See Altman v. State*, 252 So. 3d 426, 426 (Fla. 1st DCA 2018) (citing to *Margolis v. State*, 148 So. 3d 532, 532 (Fla. 2d DCA 2014) (affirming revocation of probation and resulting sentence, but remanding for entry of corrected revocation order of listing only the conditions of probation to which the defendant admitted); *Narvaez v. State*, 674 So. 2d 868, 869 (Fla. 2d DCA 1996) (noting that written order of revocation must comport with oral pronouncement, and

remanding with instructions to strike from the order violations neither admitted to nor found by the court).  Appellant need not be present for this correction.

AFFIRMED, but REMANDED for correction.

WOLF, LEWIS, and WETHERELL, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Candice K. Brower, Criminal Conflict & Civil Regional Counsel, and Michael J. Titus, Assistant Regional Conflict Counsel, Tallahassee, for Appellant.

Ashley Brooke Moody, Attorney General, Tallahassee, for Appellee.